1  QUIN DENVIR, Bar #49374
   Federal Defender
2  Melody M. Walcott, Bar #219930
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   JOSE GABRIEL PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 01-04-cr-5171 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; AND; AND ORDER THEREON |
| v. | ) | |
| JOSE GABRIEL PEREZ, et al., | ) | Date:  May 9, 2005 |
| Defendants. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

   IT IS HEREBY STIPULATED, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing scheduled in the above captioned matter for May 2, 2005 may be continued to **May 9, 2005 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.

///
///
///
///
///
///

1  §3161(h)(8)(A).

2  DATED: April 18, 2005                    McGREGOR M. SCOTT
                                            United States Attorney
3

4
                                            /s/ Karen A. Escobar
5                                           KAREN A. ESCOBAR
                                            Assistant U.S. Attorney
6                                           Attorney for Plaintiff

7

8
   DATED: April 18, 2005                    /s/ George Bumanglag
9                                           GEORGE BUMANGLAG
                                            Attorney for Defendant
10                                          Luis Castaneda Ortega

11

12
   DATED: April 18, 2005                    /s/ Kevin G. Little
13                                          KEVIN G. LITTLE
                                            Attorney for Defendant
14                                          Dimas Pena Olivares

15
   DATED: April 18, 2005                    QUIN DENVIR
16                                          Federal Defender

17
                                            /s/ Melody M. Walcott
18                                          MELODY M. WALCOTT
                                            Assistant Federal Defender
19                                          Attorney for Defendant
                                            Jose Gabriel Perez
20

21
                              **O R D E R**
22

23 IT IS SO ORDERED.

   **Dated:   April 20, 2005**                  **/s/ Anthony W. Ishii**
24 0m8i78                                    UNITED STATES DISTRICT JUDGE

25

26

27

28