DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE GABRIEL PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05171 AWI |
| Plaintiff, | **AMENDED** ORDER FOR TRANSPORTATION AND TREATMENT AT UNIVERSITY MEDICAL CENTER |
| v. | |
| JOSE GABRIEL PEREZ, | |
| Defendants. | Judge: Hon. Anthony W. Ishii |

**PROPOSED ORDER**

Jose Gabriel Perez, defendant in the above-captioned matter, has been rescheduled for treatment at University Medical Center on January 23, 2007.  Therefore

IT IS ORDERED that the Fresno County Sheriff, who has physical custody of the defendant for the United States Marshal, and Fresno County Jail Medical Services, Attention Carol J. Parmely, R.N., N.P., shall arrange to transport Jose Gabriel Perez, Fresno County Jail Identification Number T216910, from the Fresno County Detention Facility to the University Medical Center on January 23, 2007 for scheduled treatment.

IT IS SO ORDERED.

**Dated:   January 17, 2007**           /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

[Proposed] Order for Transportation and
Treatment at University Medical Center