IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE GABRIEL PEREZ,<br><br>　　　　　　Defendants. | ) NO. 1:04-cr-05171 AWI<br>)<br>) ORDER FOR TRANSPORTATION AND<br>) TREATMENT AT UNIVERSITY MEDICAL<br>) CENTER<br>)<br>)<br>) Judge: Hon. Anthony W. Ishii<br>)<br>)<br>) |

　　　Jose Gabriel Perez, defendant in the above-captioned matter, has been scheduled for treatment at University Medical Center on February 5, 2007.

　　　Accordingly, IT IS ORDERED that the Fresno County Sheriff, who has physical custody of the defendant for the United States Marshal, and Fresno County Jail Medical Services, Attention Carol J. Parmely, R.N., N.P., shall arrange to transport Jose Gabriel Perez, Fresno County Jail Identification Number T216910, from the Fresno County Detention Facility to the University Medical Center on February 5, 2007 for scheduled treatment.

IT IS SO ORDERED.

**Dated:   February 1, 2007**　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE